AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:22-cr-00130-RFB-VCF |
| | ) | |
| RAUL SEGUNDO-MARTINEZ | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George United States Courthouse<br>333 Las Vegas Blvd., South<br>Las Vegas, NV 89101<br>before: Magistrate Judge Nancy J. Koppe. | Courtroom No.: | 3C |
|---|---|---|---|
| | | Date and Time: | June 16, 2022, at 3:00 PM |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: June 14, 2022

*Judge's signature*

NANCY J. KOPPE, United States Magistrate Judge
*Printed name and title*