IVETTE AMELBURU MANINGO, ESQ.
Nevada Bar Number 7076
THE LAW OFFICES OF IVETTE AMELBURU MANINGO
400 S. 4th St. Suite 500
Las Vegas, Nevada 89101
Phone: (702) 793-4046
Fax: (844) 793-4046
Email: iamaningo@iamlawnv.com
*Attorney for Defendant Raul Segundo-Martinez*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAUL SEGUNDO-MARTINEZ,<br><br>Defendant. | Case No. 2:22-cr-00130-RFB-VCF<br><br>**STIPULATION TO CONTINUE MOTION DEADLINES** |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason Frierson, United States Attorney, and Kimberly Frayn, Assistant United States Attorney, counsel for Plaintiff the United States of America, and Ivette Amelburu Maningo, counsel for Raul Segundo-Martinez, that the Court continue the pretrial deadline and related response and reply deadlines for one week (7 days).

The Stipulation is entered into for the following reasons:

1. The Court set the deadline for pretrial motions to be due on November 7, 2022. The parties must respond to pretrial motions by November 21, 2022 and replies are to be filed by November 28, 2022.

2. Counsel for the Government, who recently entered her appearance in this case, and counsel for the Defendant have conferred and have agreed upon a one-week (7 days) extension of the pretrial motions deadline.

3. The short extension of only the pretrial motion deadlines would allow counsel for Defendant the additional time within which to review legal documents and discuss pending pretrial legal matters with the Defendant.

4. The additional time requested herein is not sought for purposes of delay.

5. The parties agree to the one-week (7 day) continuance of the pretrial motion deadlines.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

For these reasons, the parties hereby stipulate to a one-week (7 day) continuance of the November 7, 2022 pretrial motions deadline, the November 21, 2022 response deadline, and the November 28, 2022 reply deadline.

DATED this 7th day of November, 2022.

    The Law Offices of
    Ivette Amelburu Maningo

    By: */s/ Ivette Amelburu Maningo*
    IVETTE AMELBURU MANINGO, ESQ.
    Attorney for Defendant
    Enrique Martinez

    By: */s/Kimberly Frayn*
    KIMBERLY FRAYN, ESQ.
    Assistant United States Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00130-RFB-VCF |
|---|---|
| Plaintiff, | **FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER** |
| v. | |
| RAUL SEGUNDO-MARTINEZ, | |
| Defendant. | |

### FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. New counsel for the Government recently entered her appearance in this case.

2. Counsel for Defendant needs the additional time within which to review legal documents and discuss pending pretrial legal matters with the Defendant.

3. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for Defendant sufficient time within which to be able to effectively and completely review and discuss pretrial materials and related legal matters with the Defendant.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

### CONCLUSIONS OF LAW

The parties agree to the one-week (7 days) continuance of the deadline for pretrial motions and the deadline to the respond and reply to pretrial motions.

1
2                                          **ORDER**
3        IT IS THEREFORE ORDERED that the parties herein shall have to and including
4   14th      day of November, 2022, to file any and all pretrial motions and notice of defense.
5        IT IS FURTHER ORDERED that the parties shall have to and including   21st   day of
6   November , 2022, to file any and all responses.
7        IT IS FURTHER ORDERED that the parties shall have to and including   28th   day of
8    November, 2022, to file any and all replies.
9        DATED: November 14, 2022
10                                                      _____
                                                        HONORABLE RICHARD F. BOULWARE, II
11                                                      UNITED STATES DISTRICT JUDGE
12
13
14
15
16
17
18
19
20
21
22
23
24