JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
KIMBERLY M. FRAYN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336 / Fax: 702.388.6418
Kimberly.Frayn@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00130-RFB-VCF |
| Plaintiff, | **Motion to Dismiss the Indictment Without Prejudice** |
| v. | |
| RAUL SEGUNDO-MARTINEZ, | |
| Defendant. | |

The Indictment in this case charges defendant Raul Segundo-Martinez with violating 8 U.S.C. § 1326. On May 12, 2023, the Court ordered defendant released on bond under 18 U.S.C. §3142, and he was transferred into the custody of U.S. Immigration and Customs Enforcement, which removed him from the country on or about May 24, 2023. Pursuant to Federal Rule of Criminal Procedure 48(a), the government hereby moves for leave of Court to dismiss the Indictment without prejudice.

Respectfully submitted this 10th day of July, 2023.

JASON M. FRIERSON
United States Attorney

*/s/ Kimberly M. Frayn*
KIMBERLY M. FRAYN
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RAUL SEGUNDO-MARTINEZ,<br><br>　　　　Defendant. | Case No. 2:22-cr-00130-RFB-VCF<br><br>**[Proposed] Order Granting Motion to Dismiss the Indictment Without Prejudice** |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the Indictment against Defendant Raul Segundo-Martinez.

　　　　　　　　　　　　　　　　　　JASON M. FRIERSON
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　*/s/ Kimberly M. Frayn*
　　　　　　　　　　　　　　　　　　KIMBERLY M. FRAYN
　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal.

DATED this 12th Day of July, 2023.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE RICHARD F. BOULWARE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE